IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Judith B. Katz et al   *
    Plaintiff(s)
                              *

vs.                 Civil No.: JFM 00-1931
                              *

American Home Products Corp.   *
    Defendant(s)
                              ******

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this _16_ day of _August_, 20_00_,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

                                              J. Frederick Motz
                                              United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 AUG 16  P 1:29
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

U.S. District Court (Rev. 12/1999) - Administrative Case Closing