IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUDITH B. KATZ
and THOMAS KATZ, her husband            *

                                         *

        *Plaintiffs*
            v.                            *
                                                    Civil Action No. JFM-00-CV-1931
                                         *

AMERICAN HOME PRODUCTS
CORPORATION                              *

        *Defendant*                       *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION AND PRETRIAL ORDER NO. _____

Pursuant to and in compliance with Fed. R. Civ. P. 41 (a)(1)(ii), the Plaintiffs, Judith and Thomas Katz, and the Defendant, American Home Products Corporation, hereby stipulate that this action is DISMISSED WITH PREJUDICE, costs to be paid per agreement of the parties.

_____          _____
George F. Ritchie, Esquire (Bar No. 22408 )   Peter G. Angelos (Bar No. 01645)
                                                                       H. Russell Smouse (Bar No. 01637)
Piper Marbury Rudnick & Wolfe, LLP             Patricia J. Kasputys (Bar No. 03775)
1200 Nineteenth Street, N.W.                        Law Offices of Peter G. Angelos
Washington, D.C. 20036                              A Professional Corporation
         (202) 861-3900                                 One Charles Center, 20th Floor
Attorneys for Defendant, American Home     100 North Charles Street
Products Corporation                                    Baltimore, Maryland 21201
                                                                 (410) 649-2023
                                                             Attorneys for Plaintiffs, Judith and Thomas
                                                             Katz

APPROVED AND SO ORDERED:

_____
Frederick J. Motz, U. S. District Court Judge